*P-Send*

GOLDSMITH & HULL/File No.: 102887
A Professional Corporation
Scott M. Gitlen      BAR #94596
18425 Burbank Blvd., #615
Tarzana, CA 91356
(818) 708-2585

Attorneys for Plaintiff

FILED
CLERK U.S DISTRICT COURT
MAR 1 8 2003
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>vs.<br><br>LUIS A. CRUZ AKA<br>LUIS CRUZ<br>          Defendant. | CASE NO. A02-00796<br><br>**DISMISSAL**<br><br>[Pursuant to F.R.C.P.,<br>Rule 41(a)(1)] |

Plaintiff, UNITED STATES OF AMERICA, pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, dismisses the above-entitled action without prejudice as to the following defendant only: LUIS A. CRUZ AKA LUIS CRUZ.

Dated: March 17, 2003                    GOLDSMITH & HULL

                                         Scott M. Gitlen
                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

___ Docketed
___ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

ENTERED ON ICMS
MAR 1 9 2003
CV

(4)

CERTIFICATE OF MAILING

I Sonia Molina, declare:

That I am employed in the LOS ANGELES COUNTY, CA; that my business address is 18425 BURBANK BLVD. STE. 615, TARZANA, CA 91356; that I am over the age of 18 years, and am not a party to the above-entitled action;

That I am employed by GOLDSMITH & HULL, P.C. who is/are a member of the Bar of the United States District Court for the Central District of California, at whose direction the service of mail described in this Certificate was made; that I deposited in the United States mail, in the above entitled action, in an envelope bearing the requisite postage, a copy of NOTICE OF CHANGE LEAD ATTORNEY AND DISMISSAL, addressed to:

LUIS A. CRUZ AKA
LUIS CRUZ
655 S Donna Beth #37
Azusa, CA. 91702

at his/her last known address, at which place there is a delivery service by the United States Mail.

This Certificate is executed on ___3/18/03___ at TARZANA, CALIFORNIA.

I certify under penalty of perjury that the foregoing is true and correct.

S. Molina
Sonia Molina